THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY ROLAND, Appellant, v WARDEN, RIKERS ISLAND, Respondent.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FEINMAN taking no part.

In the Matter of RUTH JOANNA O.O., a Child Alleged to be Neglected. MELISSA O., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted June 19, 2017; decided June 22, 2017

Motion for poor person relief granted.

Judge FEINMAN taking no part.

S&P GLOBAL INC., Formerly Known as McGRAW HILL FINANCIAL, INC., Appellant, v NEW YORK CITY TAX APPEALS TRIBUNAL et al., Respondents.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FEINMAN taking no part.